IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 319-002 |
| | * | |
| JULIAN BAHENA | * | |

O R D E R

Presently before the Court is a motion for credit for time served by Defendant Julian Bahena.  Specifically, Defendant seeks credit against his federal sentence for the time he served in custody between his arrest by state authorities on April 8, 2018 and March 9, 2019.  Notably, at the time of Defendant's arraignment in this case on February 25, 2019, he was brought into this Court on a Writ of Habeas Corpus ad Prosequendum.  (See Writ, Doc. No. 8.)

Matters of credit for time served and other length of sentence determinations are better directed to the federal Bureau of Prisons ("BOP") and not this Court.  Any judicial challenge to the BOP's decision must be brought under 28 U.S.C. § 2241 and is subject to administrative exhaustion requirements.  See Santiago-Lugo v. Warden, 785 F.3d 467, 475 (11th Cir. 2015) ("The [administrative] exhaustion requirement is still a requirement, it's just not a jurisdictional one."); Davis v. Warden, FCC Coleman-USP I, 661 F.

App'x 561, 562 (11th Cir. 2016) (noting that to properly exhaust administrative remedies, a § 2241 petitioner must comply with the BOP's deadlines and procedural rules).

Moreover, a petition for relief under § 2241 must be brought in the district of confinement rather than in the sentencing court. Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991). Accordingly, once Defendant exhausts his administrative remedies with the BOP, he must bring his § 2241 challenge in the Southern District of West Virginia, which has territorial jurisdiction over the facility in which Defendant is presently incarcerated.

Upon the foregoing, Defendant's motion for credit for time served (doc. no. 60) is hereby **DENIED**. The Clerk is directed to send the service copy of this Order to Defendant at FCI Beckley in West Virginia.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

2